■ (A) ANNAMARIE SWANSON, as Administratrix of the Estate of HAROLD S. SWANSON, Deceased, v. EVANS OILS INC., et al. (B) EDWARD J. MARSCHNER

v. JOSEPH P. D'ANGELO.— [In each action] Order of substitution of attorneys entered.